## 30003.  GUENTHER *v.* THE STATE.

BROYLES, C. J.  The defendant was convicted of the offense of robbery. The verdict was amply authorized by the evidence; and the grounds of the motion for new trial show no cause for reversal of the judgment. *Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED APRIL 21, 1943.  REHEARING DENIED JUNE 17, 1943.

*Wesley R. Asinoff,* for plaintiff in error.   *John A. Boykin, solicitor-general, Durwood T. Pye, E. E. Andrews,* contra.